# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Burness Earl Freeman | |

Case No.  2:09-cr-00072-001

USM No. #09843-067

Marketa Sims, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1 (additional)  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1(additional) | The defendant shall reside at Renewal, Inc. for a period not to exceed six (6) months, and defendant shall observe the rules of that community confinement center | 05/11/2009 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2838

Defendant's Year of Birth: 1963

City and State of Defendant's Residence:
Pittsburgh, PA

10/09/2009
_____
Date of Imposition of Judgment

_____
Signature of Judge

Gary L. Lancaster,                              U.S. District Judge
_____
Name and Title of Judge

10/9/09
_____
Date

DEFENDANT: Burness Earl Freeman
CASE NUMBER: 2:09-cr-00072-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2(standard) | The defendant shall report to the probation office as directed by the Court or probation office and shall submit a truthful and complete written report within the first five (5) days of each month. | 07/06/2009 |
| 15(standard) | The defendant shall participate in a program of testing and treatment for drug abuse as directed by the Probation Office until such time as he is released from the program by the probation officer. | 07/01/2009 |

Judgment — Page 3 of 3

DEFENDANT: Burness Earl Freeman
CASE NUMBER: 2:09-cr-00072-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

12 months, plus one (1) day, with no supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL